CHICAGO & A. R. CO. v. CAMPBELL.[1] (Circuit Court of Appeals, Eighth Circuit. February 23, 1897.) No. 843. In Error to the Circuit Court of the United States for the Eastern District of Missouri. Joseph S. Laurie, Marshall F. McDonald, and Thomas T. Fauntleroy, for plaintiff in error. F. W. Lehmann and O'Neill Ryan, for defendant in error. No opinion. Affirmed, with costs, by divided court.

---

CITY OF PLATTSMOUTH, NEB., v. POLLOCK. (Circuit Court of Appeals, Eighth Circuit. May 4, 1897.) No. 926. Appeal from the Circuit Court of the United States for the District of Nebraska. Matthew Gering, for appellant. Samuel M. Chapman and A. N. Sullivan, for appellee. No opinion. Dismissed, with costs, on motion of appellee, for want of jurisdiction.

---

CRASS v. McGHEE. (Circuit Court of Appeals, Fifth Circuit. May 4, 1897.) No. 384. Appeal from the Circuit Court of the United States for the Northern District of Alabama. Lawrence Cooper, for appellant. Milton Humes and John H. Sheffey, for appellee. Before PARDEE and McCORMICK, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. The decree appealed from is affirmed, with costs.

---

CURRAN et al. v. GRADY TRADING CO. (Circuit Court of Appeals, Eighth Circuit. May 4, 1897.) No. 928. In Error to the United States Court of Appeals for Indian Territory. T. N. Foster, for plaintiffs in error. No opinion. Dismissed, with costs, on motion of counsel for plaintiffs in error.

---

DAVIS v. DAVIS et al. (Circuit Court of Appeals, Fifth Circuit. May 4, 1897.) No. 555. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. This was a suit in equity by W. J. Davis against H. L. Davis and others to establish an equitable title to, and recover possession of, the one undivided half of the Homo Chitto plantation, in Adams county, Miss. The circuit court sustained a general demurrer to the bill, but on appeal this decree was reversed by this court, and the cause remanded for further proceedings. See 18 C. C. A. 438, 72 Fed. 81. The court below, having accordingly heard the cause upon the merits, dismissed the bill because the plaintiff had failed to show any right to the relief sought. From this decree the complainant has now appealed. T. A. McWillie, for appellant. Edward Mayes, for appellee. Before PARDEE and McCORMICK, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. The facts established by the evidence are not sufficient to warrant the finding that Samuel B. Newman, Sr., had actual notice of W. J. Davis' equity in the lands in controversy, nor to warrant the presumption that Mrs. Mattie L. Newman, the mortgagee, knew, or ought to have known, of any such equity. The decree appealed from is affirmed.

[1] Rehearing denied April 12, 1897.